DECEMBER 27, 1991

No. 90–1832.  PESTRAK *v.* OHIO ELECTIONS COMMISSION ET AL.; and

No. 91–9.  OHIO ELECTIONS COMMISSION ET AL. *v.* PESTRAK. C. A. 6th Cir.  Certiorari dismissed under this Court's Rule 46. Reported below: 926 F. 2d 573.

JANUARY 8, 1992

No. A–474 (91–980).  COLORADO ET AL. *v.* KUHN ET AL.  Application for stay of mandate of the Supreme Court of Colorado, case Nos. 90SA299 and 90SA300, presented to JUSTICE WHITE, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari.  Should the petition for writ of certiorari be denied, this stay terminates automatically.  In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

JANUARY 10, 1992

No. 91–1084.  COTLOW ET AL. *v.* EMISON ET AL.  Appeal from D. C. Minn.  Motion of appellants to expedite consideration of the jurisdictional statement granted.  The order entered December 5, 1991, by the United States District Court for the District of Minnesota staying state court proceedings is vacated.